Naseef Bryan

    v.                                        Case No. 26-cv-52-LM-TSM

David A. Anderson et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 14, 2026.

Attorney Dronzek's motion to dismiss (Doc. No. 3) is granted. This case is remanded to the Merrimack County Superior Court. The pending motion to dismiss filed by the remaining Defendants (Doc. No. 7) is terminated as moot, without prejudice to those Defendants' ability to re-file the motion in state court.

_____
Landya B. McCafferty
United States District Judge

Date: May 18, 2026

cc: Naseef Bryan, pro se
    Counsel of Record